UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1512 CAS(MRWx) | Date | June 25, 2012 |
|---|---|---|---|
| Title | BAGRAMIAN v. LEGAL RECOVERY LAW OFFICES, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Anne Kielwasser | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Timothy Johnson |

**Proceedings:** **DEFENDANT PINNACLE CREDIT SERVICES LLC'S MOTION TO DISMISS** (filed 5/22/2012)

On February 28, 2012, pro se plaintiff David Bagramian filed a complaint against defendants Legal Recovery Law Offices, Inc., Nelson & Kennard, Convergent Outsourcing, Inc., Pinnacle Credit Services, Enhanced Recovery Company LLC and Asset Acceptance LLC. On May 21, 2012, Pinnacle filed a motion to dismiss. Plaintiff failed to file an opposition to Pinnacle's motion and failed to attend oral argument. Accordingly, Pinnacle's motion is GRANTED and plaintiff's complaint is dismissed WITHOUT PREJUDICE. L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). Plaintiff shall have **thirty (30) days** to amend his complaint. Plaintiff is admonished that failure to timely file an amended complaint may result in dismissal with prejudice as to claims against Pinnacle.

IT IS SO ORDERED.

|  | 00 | : | 01 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |