UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1512-CAS (MRWx) | Date | September 24, 2012 |
|---|---|---|---|
| Title | DAVID BAGRAMIAN V. LEGAL RECOVERY LAW OFFICES, INC. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Timothy Johnson<br>Lisa Garner |

**Proceedings:** **DEFENDANT PINNACLE CREDIT SERVICES, LLC'S MOTION TO DISMISS; DEFENDANT CONVERGENT OUTSOURCING, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS; ORDER TO SHOW CAUSE RE: SANCTIONS** (filed August 3, 2012; August 16, 2012)

On February 28, 2012, pro se plaintiff David Bagramian filed a complaint against defendants Legal Recovery Law Offices, Inc., Nelson & Kennard, Convergent Outsourcing, Inc., Pinnacle Credit Services, Enhanced Recovery Company LLC and Asset Acceptance LLC.  On May 22, 2012, Pinnacle filed a motion to dismiss.  Plaintiff failed to file an opposition to Pinnacle's motion and plaintiff's counsel failed to attend oral argument on June 25, 2012.  Accordingly, the Court granted Pinnacle's motion without prejudice and granted plaintiff thirty days to file an amended complaint.  Dkt. No. 25.  Plaintiff failed to file an amended complaint before the deadline.[1]

On July 9, 2012, the Court held a scheduling conference in the above-captioned matter and issued a minute order.  Dkt. No. 29.  No appearance was made by plaintiff, nor on plaintiff's behalf.  The Court admonished plaintiff to appear at all future hearings.  Id.

On August 3, 2012, defendant Pinnacle Credit Services, LLC filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b).  On August 16, 2012,

---

[1] The Court rejected plaintiff's first amended complaint, received on August 31, 2012—a full month after the deadline—as untimely.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1512-CAS (MRWx) | Date | September 24, 2012 |
|---|---|---|---|
| Title | DAVID BAGRAMIAN V. LEGAL RECOVERY LAW OFFICES, INC. ET AL. | | |

defendant Convergent Outsourcing, Inc. filed a motion for judgment on the pleadings. Dkt. No. 33.

On August 17, 2012, the Court granted plaintiff's request to substitute attorney Arshak Bartoumian as attorney of record. Dkt. No. 39.

On September 24, 2012, the Court held a hearing on defendant Convergent Outsourcing, Inc.'s motion for judgment on the pleadings and defendant Pinnacle Credit Services, LLC's motion to dismiss. No appearance was made by plaintiff, nor on plaintiff's behalf.

Accordingly, because plaintiff failed to file an amended complaint, the Court hereby GRANTS Pinnacle's motion with prejudice. In addition, the Court GRANTS Convergent's motion for judgment on the pleadings with leave to amend. Plaintiff shall have **twenty (20) days** to file an amended complaint.

Further, plaintiff's counsel is hereby ordered to show cause within twenty (20) days: (1) why monetary sanctions should not be awarded to compensate the above-listed defense counsel for their appearance at the September 24, 2012, hearing; and (2) why this case should not be dismissed for failure to prosecute, based upon the failure of plaintiff or his counsel's to appear at the hearing.

IT IS SO ORDERED.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |