UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1512-CAS (MRWx) | Date | January 24, 2013 |
|---|---|---|---|
| Title | DAVID BAGRAMIAN V. LEGAL RECOVERY LAW OFFICES, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) **DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S EX PARTE APPLICATION TO STRIKE PLAINTIFF'S OPPOSITION OR TO CONTINUE THE HEARING ON THE MOTION** (filed January 21, 2013) [Dkt. Nos. 75, 76]

## I.    INTRODUCTION

On February 28, 2012, pro se plaintiff David Bagramian filed a complaint against defendants Legal Recovery Law Offices, Inc. ("LRO"), Nelson & Kennard ("Nelson"), Convergent Outsourcing, Inc. ("Convergent"), Pinnacle Credit Services, LLC ("Pinnacle"), Enhanced Recovery Company, LLC ("Enhanced") and Asset Acceptance, LLC ("Asset"). Plaintiff subsequently retained his present counsel.

Plaintiff timely filed a First Amended Complaint ("FAC") on September 28, 2012, although plaintiff failed to file a proof of service. Dkt. No. 53. On December 14, 2012, defendant Enhanced filed a motion for judgment on the pleadings, set for hearing on January 28, 2013. Defendant's motion, however, is directed at plaintiff's original complaint, not plaintiff's FAC. Because plaintiff's FAC appears to be identical to his complaint in all material respects, other than the parties named as defendants in this action, the Court construes Enhanced's motion to be directed at the now-operative FAC.

Plaintiff filed an untimely opposition on January 19, 2013, twelve days after the deadline set forth in the Local Rules. See Local Rule 7-9. On January 21, 2013, Enhanced filed an ex parte application to strike plaintiff's untimely opposition or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1512-CAS (MRWx) | Date | January 24, 2013 |
|---|---|---|---|
| Title | DAVID BAGRAMIAN V. LEGAL RECOVERY LAW OFFICES, INC., ET AL. | | |

alternatively, to continue the date of the hearing on plaintiff's motion.  Plaintiff did not file a response to the ex parte application.[1]

For good cause shown, the Court GRANTS in part and DENIES in part defendant Enhanced's ex parte application.  The hearing on Enhanced's motion for judgment on the pleadings is hereby continued to **February 11, 2013 at 10:00 a.m.**  Enhanced shall file its reply, if any, on or before February 4, 2013.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | CMJ |  |

---

[1] Enhanced appears to have filed the same ex parte application twice—Dkt. Nos. 75 and 76.