UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     JS-6

| Case No. | CV12-1512-CAS(MRWx) | Date | July 22, 2013 |
|---|---|---|---|
| Title | *DAVID BAGRAMIAN v. LEGAL RECOVERY LAW OFFICES, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO SETTLEMENT.

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about July 19, 2013, as well as the Court's receipt of the parties' Notice of Settlement and Stipulation to Vacate Dates filed July 19, 2013[112];

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **30 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

                                                                              00 : 00

Initials of Preparer     CMJ